March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Thomas Polli, et al.,
Defendant(s).
-------------------------------------------------------------X

| **CONSENT TO PROCEED BY TELECONFERENCE** |
| --- |
| 22 -CR- ( 212 ) (JGK) |

Defendant _____Thomas Polli_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference
___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__/s/__ John Meringolo, Esq._____
Defense Counsel's Signature

_Thomas Polli_____

Print Defendant's Name

_____John Meringolo_____

Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

_4/27/22_
Date

_____
U.S. District Judge/U.S. Magistrate Judge