UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,


        -against-                          22 cr 212 (JGK)

THOMAS POLI,                            **ORDER**
                    Defendant.
-------------------------------------------------------------X

        If the defendant, Thomas Poli, appears via new counsel, that counsel should file an

appearance with the Court.  If the defendant, Poli, cannot afford counsel, then counsel will be

provided for him, under the Criminal Justice Act.

**SO ORDERED.**

_____
                **JOHN G. KOELTL**
       **UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
      December 9, 2022