UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-                                                22 cr 212 (JGK)

THOMAS POLI,
                        Defendant.
------------------------------------------------------------X

       It is hereby ordered that Calvin Scholar, Esq., be appointed as counsel to the above-named defendant, replacing the late John C. Meringolo, Esq.

**SO ORDERED.**

                                                                          **JOHN G. KOELTL**
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 11, 2023