

**CH SCHOLAR**
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

July 6, 2023

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

/s/ John G. Koeltl, U.S.D.J.

RE: *United States v. Thomas Poli*
22 Cr. 212-006 (JGK)

Dear Judge Koeltl:

    I represent the defendant, Thomas Poli, in the above referenced matter. Mr. Poli was arrested and released on April 26, 2022, on a $250,000 PRB cosigned by two financially responsible persons with travel restricted to the Southern and Eastern Districts of New York. The purpose of this letter is to respectfully request that Mr. Poli be permitted to travel to Connecticut to visit his girlfriend. Specifically, Mr. Poli would travel to Fairfield, Connecticut on Friday, July 7, 2023, at approximately 9:00 a.m. and would return to New York on Monday, July 10, 2023, at approximately 12:00 p.m. Mr. Poli will advise his pretrial officer of his exact travel plans and location. Pretrial Services generally opposes leave requests for overnight travel out of district for defendants subject to location monitoring but noted that Mr. Poli is in full compliance with his pretrial conditions and the Court has previously allowed him to travel to Connecticut to see his girlfriend. The Government defers to Pretrial. Accordingly, it is respectfully requested that the Court permit Mr. Poli to travel to Connecticut from July 7, 2023, through July 10, 2023.

    The Court's time and consideration of this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb