

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

July 19, 2023

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  *United States v. Thomas Poli*
     22 Cr. 212-006 (JGK)

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
7/19/23

Dear Judge Koeltl:

    I represent the defendant, Thomas Poli, in the above referenced matter. Mr. Poli was arrested and released on April 26, 2022, on a $250,000 PRB cosigned by two financially responsible persons with travel restricted to the Southern and Eastern Districts of New York. On July 7, 2023, the Court sentenced Mr. Poli to 22 months of imprisonment and ordered that he surrender on September 29, 2023. The purpose of this letter is to respectfully request that Mr. Poli be permitted to attend his son's sentencing in this case. Mr. Poli's son, Michael Poli, is scheduled to be sentenced by the Court on August 2, 2023. Mr. Poli would like to attend. Neither Pretrial nor the Government object to this request. Accordingly, it is respectfully requested that the Court permit Mr. Poli to attend his son's sentencing on August 2, 2023.

    The Court's time and consideration of this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb