UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

THOMAS POLI,

                Defendant.

22-cr-212 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

The Government should respond by **March 1, 2024** to the defendant's motion for retroactive application of Amendment 821. See ECF No. 230. The defendant may reply by **March 15, 2024**.

SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                      John G. Koeltl
                               United States District Judge